| | | |
|---|---|---|
| People v Santiago (Alexander) | 1st Dept: 143 AD3d 545 (Bronx) | denied 12/9/16 (Garcia, J.) |
| People v Santiago (Anibal) | 4th Dept: 142 AD3d 1390 (Onondaga) | denied 12/12/16 (Pigott, J.) |
| People v Simmons | 1st Dept: 142 AD3d 884 (Bronx) | denied 12/13/16 (Garcia, J.) |
| People v Smith | 4th Dept: 140 AD3d 1774 (Monroe) | denied 12/5/16 (Stein, J.) |
| People v Spates | 4th Dept: 142 AD3d 1389 (Erie) | denied 12/14/16 (Garcia, J.) |
| People v Stahl | 3d Dept: 141 AD3d 962 (Essex) | denied 12/2/16 (Fahey, J.) |
| People v Stewart | 2d Dept: 142 AD3d 629 (Queens) | denied 12/14/16 (Garcia, J.) |
| People v Stiles | 2d Dept: 143 AD3d 747 (Kings) | denied 12/7/16 (Stein, J.) |
| People v Tavera | App Term, 1st Dept: 53 Misc 3d 137(A) (Bronx) | denied 12/16/16 (Fahey, J.) |
| People v Taylor | 2d Dept: 132 AD3d 915 (Richmond) | denied 12/19/16 (Rivera, J.) |
| People v Teri W. | 1st Dept: 142 AD3d 924 (NY) | granted 12/30/16 (DiFiore, Ch. J.) |
| People v Thibeault | App Div, 3d Dept: 2016 NY Slip Op 85827(U) (Cortland) | denied 12/21/16 (Fahey, J.) |
| People v Thomas (Christopher) | App Term, 1st Dept: 53 Misc 3d 137(A) (NY) | denied 12/9/16 (Garcia, J.) |
| People v Thomas (David) | 2d Dept: 142 AD3d 1191 (Richmond) | denied 12/20/16 (Stein, J.) |
| People v Thompson (Antwan) | App Div, 2d Dept: 2016 NY Slip Op 87299(U) (Kings) | dismissed 12/30/16 (DiFiore, Ch. J.) |
| People v Thompson (Gregory) | 1st Dept: 143 AD3d 430 (Bronx) | denied 12/20/16 (Stein, J.) |
| People v Turner | 1st Dept: 143 AD3d 416 (NY) | denied 12/1/16 (Pigott, J.) |
| People v Tyler | 4th Dept: 140 AD3d 1617 (Onondaga) | denied 12/19/16 (Rivera, J.) |
| People v Tyo | 4th Dept: 140 AD3d 1697 (Oswego) | denied 12/19/16 (Stein, J.) |
| People v Valerio | 2d Dept: 138 AD3d 1153 (Queens) | denied 12/8/16 (Fahey, J.) |
| People v Vernick-Chaikin | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 143(A) (Suffolk) | denied 12/19/16 (Pigott, J.) |
| People v Watson | App Term, 1st Dept: 53 Misc 3d 127(A) (NY) | denied 12/19/16 (Rivera, J.) |
| People v Wattkis | 1st Dept: 143 AD3d 500 (NY) | denied 12/8/16 (Fahey, J.) |
| People v Westwood | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 53 Misc 3d 74 (Queens) | denied 12/30/16 (Fahey, J.) |
| People v White (Jahmon) | App Term, 1st Dept: 53 Misc 3d 138(A) (Bronx) | denied 12/19/16 (Rivera, J.) |